# NESENOFF & MILTENBERG, LLP
ATTORNEYS AT LAW

June 27, 2014

IRA S. NESENOFF
ANDREW T. MILTENBERG

MEGAN S. GODDARD
SHARI S. LASKOWITZ

KIMBERLY C. LAU
MARCO A. SANTORI
BARBARA H. TRAPASSO
ARIYA M. WAXMAN
ROBERT D. WERTH
DIANA R. ZBOROVSKY

SENIOR LITIGATION COUNSEL

PHILIP A. BYLER

COUNSEL

REBECCA C. NUNBERG
MARLA B. TUSK

PARALEGALS

ALLISON A. DUGGAN
ROSA L. ZAPATA
CHRISTINA SPINELLI

**BY ECF**
Honorable Kevin N. Fox
United States Magistrate Judge
United States District Court for
the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 228
New York, New York 10007

Re:   Rosanna Mayo-Coleman v. American Sugars Holdings, Inc.,
      **Index No.: 14-cv-0079**

Dear Your Honor:

We are counsel to Plaintiff Rosanna Mayo-Coleman in the above-referenced matter. We write to request an adjournment of the June 30th deadline to amend the Complaint and the July 3rd court appearance based on our very recent involvement in this case.

We were retained after business hours on June 25th, 2014 and filed our Notice of Appearance in this matter today, the 27th of June, 2014. I am still reviewing the factual and procedural background of this matter and believe I would like to amend the Complaint, but need additional time to do so properly.

It is my understanding that Ms. Mayo-Coleman made a request for adjournment prior to this date which resulted in the June 30th and July 3rd dates. Her requests were granted.

I have spoken to opposing counsel regarding an adjournment and he has graciously agreed to this request, pending an alternate date for initial conference that works for all parties involved, including the Court.

Please feel free to contact my office should you have any questions or require anything further.

Thank you for your attention and consideration in this matter.

Respectfully submitted,
NESENOFF & MILTENBERG LLP

By: *Megan S. Goddard*
Megan S. Goddard, Esq. (MG7705)

cc:   **David Seth Poppick**
      dpoppick@ebglaw.com