UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

ROSANNA MAYO-COLEMAN,

            *Plaintiff*,

   *-against-*

AMERICAN SUGAR HOLDINGS, INC.

            *Defendant.*

-------------------------------------------------------------x

No. 14-CV-0079 (PAC)

**VERDICT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/2/18

The jury hereby unanimously makes the following findings:

## LIABILITY

1. Has Ms. Mayo-Coleman proven, by a preponderance of the evidence, that American Sugars Holding, Inc. created a hostile work environment on the basis of her sex in violation of Title VII of the Civil Rights Act of 1964 and the New York State Human Rights Law?

    YES ✓   NO ____

If you answered "YES" to Question 1, then you must answer Question 2. If you answered "NO" to Question 1, then your deliberations are at an end, and the foreperson should sign and date the verdict sheet, place it in an envelope, and inform the Marshal that the jury has reached a verdict.

2. Has American Sugars Holding, Inc. proven, by a preponderance of the evidence, its affirmative defense that (1) it exercised reasonable care to prevent and correct promptly any sexually hostile work environment and (2) that the plaintiff employee unreasonably failed to take advantage of preventive or corrective opportunities provided by the employer?

    YES ____   NO ✓

If you answered "NO" to Question 2, then you must determine the appropriate damages by answering Questions 3 and 4. If you answered "YES" to Question 2, then your deliberations are at an end, and the foreperson should sign and date the verdict sheet, place it in an envelope, and inform the Marshal that the jury has reached a verdict.

1



## DAMAGES

### Compensatory Damages

3. Has Ms. Mayo-Coleman proven, by a preponderance of the evidence, that she has suffered emotional distress, pain and suffering because of American Sugars Holding, Inc.'s violation of Title VII of the Civil Rights Act of 1964 and the New York State Human Rights Law?

    YES ✓   NO ___

If you answered "YES" to Question 3, state below the amount that is awarded to compensate her for her injuries:

$ __1.7 million__

### Punitive Damages

4. Has Ms. Mayo-Coleman proven, by a preponderance of the evidence, that she is entitled to an award of punitive damages against American Sugars Holding, Inc. under Title VII?

    YES ✓   NO ___

If you answered "YES" to Question 4, state the amount that is awarded as punitive damages:

$ __11.7 million__

After completing this form, the Foreperson should sign and date it, place it in an envelope, and inform the Marshal that the jury has reached a verdict.

Dated: 3/2/18

_Lisa Filardi_
Signature of Foreperson

2