

| Ira S. Nesenoff | Barbara H. Trapasso | Philip A. Byler |
| Andrew T. Miltenberg | Ariya M. Waxman | *Senior Litigation Counsel* |
| Stuart Bernstein | Tara J. Davis | Megan S. Goddard |
| | Diana R. Warshow | *Counsel* |
| | Gabrielle M. Vinci | Rebecca C. Nunberg |
| | Jeffrey S. Berkowitz | *Counsel* |
| | Kara L. Gorycki | Marybeth Sydor |
| | | *Title IX Consultant* |

ATTORNEYS AT LAW
nmllplaw.com

April 20, 2018

**VIA ECF**
Judge Paul A. Crotty, U.S.D.J
United States District Court
Southern District of New York
500 Pearl Street, Chambers 1352
New York, New York 10007

Re: **Rosanna Mayo-Coleman v. American Sugar Holdings, Inc. et al.**
**Civil Action No.: 14-cv-0079**

Dear Your Honor:

Please be advised, the undersigned is co-counsel to Plaintiff Rosanna Mayo-Coleman ("Plaintiff") in the above referenced matter. I write to respectfully advise the Court regarding Plaintiff's pending Motion to Conform the Verdict.

On March 16, 2018, Plaintiff filed a motion to conform the verdict (See Dkt.## 183-184). By Order dated April 16, 2018, Plaintiff's reply papers, if any, were due to be filed on or before today, April 20, 2018 (See Dkt. # 190).

Plaintiff hereby advises the Court that she does not intend to file a brief in reply to Defendants' opposition to Plaintiff's Motion to Conform the Verdict and relies on all prior submissions submitted on Plaintiff's behalf regarding the pending post-trial motions.

We thank you for your time and attention to this matter.

Respectfully submitted,

NESENOFF& MILTENBERG, LLP.

/s/ *Gabrielle Vinci*
**Gabrielle M. Vinci, Esq.**

NEW YORK | 363 Seventh Avenue | Fifth Floor | New York, NY 10001 | T: 212.736.4500 | F: 212.736.2260 |
BOSTON | 101 Federal Street | 19th Floor | Boston, MA 02110 | T: 617.209.2188 |