# Charny & Wheeler
## Attorneys at Law

Nathaniel K. Charny (NY & NJ Bar)
Russell G. Wheeler
Benjamin N. Dictor

9 West Market Street
Rhinebeck, New York 12572
Tel: 845-876-7500
Fax: 845-876-7501

July 5, 2018

7/9/2018
Request granted. Application
for fees and cost is due on or
before July 27, 2018. SO
ORDERED.

*Paul A. Crotty*

By ECF
Hon. Paul A. Crotty
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York  10007-1312

Re:     Mayo-Coleman vs. American Sugars Holding, Inc. et al.
        Civil Action No. 14-cv-0079 (PAC)

Dear Judge Crotty:

This office is co-counsel to Plaintiff Mayo-Coleman in the above matter. This letter addresses
two items: (i) the Court's damages remittitur and (ii) a proposed due date for Plaintiff's
application for attorneys fees and costs.

Remittitur: Further to the Court's June 5, 2018 Opinion & Order (ECF 195), be advised that
Plaintiff accepts the amounts set out therein, to wit, $500,000 in compensatory damages under
the NYSHRL, $1 in compensatory damages under Title VII, and $299,999 in punitive damages
under Title VII, for a total of $800,000 in damages.

Fee/Cost Application: Further to the Court's March 13, 2018 Order (ECF 170), Plaintiff requests
that her application for fees and costs be due on or before July 27, 2018.

Thank you for your attention to these matters.

Respectfully Submitted:

Nathaniel K. Charny

Nathaniel K. Charny

cc:     All Counsel (by ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/18