UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROSANNA MAYO-COLEMAN, <br><br> Plaintiff, <br><br> vs. <br><br> AMERICAN SUGARS HOLDING, INC. and ROBERT JANDOVITZ, <br><br> Defendants. | Civil Action No. 14-cv-0079 (PAC) |

MOTION FOR ATTORNEYS' FEES AND COSTS

TAKE NOTICE that upon the submitted Affirmation of Megan S. Goddard and Declaration of Nathaniel K. Charny both dated July 27, 2018, together with the exhibits annexed thereto, and the accompanying Memorandum in Support of Plaintiff's Motion for Attorneys' Fees and Costs, Plaintiff will move this Court, before the Honorable Paul A. Crotty, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, 300 Pearl Street, New York, New York, at a date and time to be determined by the Court;

BY THIS MOTION PLAINTIFF is seeking an order granting attorneys' fees of $394,805 and costs of $25,685.30, and for such further and other relief as the Court may deem just and proper.

1

Dated: Rhinebeck, New York
       July 27, 2018

                                               _____
                                               Nathaniel K. Charny (NC 5664)
                                               Charny & Wheeler
                                               9 West Market Street
                                               Rhinebeck, New York 12572
                                               Tel. 845-876-7500
                                               ncharny@charnywheeler.com

                                               Megan Goddard
                                               Goddard Law PLLC
                                               39 Broadway, Suite 1540
                                               New York, New York  10006
                                               Tel. 646-504-8363
                                               megan@goddardlawnyc.com

                                               Gabrielle Vinci
                                               Nesenoff & Miltenberg LLP
                                               363 7th Avenue, 5th Floor
                                               New York, New York  10001
                                               Tel. 212-736-4500
                                               gvinci@nmllplaw.com

                                               Attorneys for Plaintiff Rosanna Mayo-Coleman