| DATE | DESCRIPTION | TIME | ATTY | RATE | TOTAL |
|---|---|---|---|---|---|
| 6/23/2014 | Initial in person meeting with client, review of all of clients notes, telephone conference to Magistrate Judge | 3.8 | MSG | 450 | 1710 |
| 6/25/2014 | Email correspondence with MSG and client regarding deadlines and retainer | 0.2 | PR | 125 | 25 |
| 6/27/2014 | Review of paperwork from client; meeting with paralegal; phone call with opposing counsel | 1.7 | MSG | 450 | 765 |
| 6/27/2014 | Drafted and filed notice of appearance and letter requesting adjournment of initial conference, phone call with MSG and opposing counsel, meeting with MSG regarding case, review of complaint, review of both Judge's individual rules of practice | 2.6 | PR | 125 | 325 |
| 6/30/2014 | Drafted letter of representation, phone call with court regarding letter requesting adjournment, R&R of order granting adjournment, email correspondence with MSG regarding same andcalendar of new dates | 1.3 | PR | 125 | 162.5 |
| 7/2/2014 | Review complaint filed by client, phone call with client | 0.6 | PR | 125 | 75 |
| 7/3/2014 | Email correspondence with MSG regarding phone conference and deadlines | 0.2 | PR | 125 | 25 |
| 7/8/2014 | Inteviewed client re: factual background for complaint, drafted complaint | 1.8 | MSG | 450 | 810 |
| 7/9/2014 | Meeting with client re: factual background for complaint | 2.2 | MSG | 450 | 990 |
| 7/10/2014 | Draft complaint, discussion with client | 3.2 | MSG | 450 | 1440 |
| 7/11/2014 | Drafted complaint | 3.8 | MSG | 450 | 1710 |
| 7/14/2014 | Draft complaint, meeting with client | 7.8 | MSG | 450 | 3510 |
| 7/14/2014 | Drafted and filed letter requesting adjournment of deadline to amend complaint, email correspondence with MSG regarding same and phone call with client | 0.8 | PR | 125 | 100 |
| 7/15/2014 | Drafted complaint | 6.3 | MSG | 450 | 2835 |
| 7/21/2014 | Drafted complaint | 1.8 | MSG | 450 | 810 |
| 7/21/2014 | Email correspondence and phone call with MSG regarding case | 0.2 | PR | 125 | 25 |
| 7/22/2014 | Draft complaint, meeting with client | 5.8 | MSG | 450 | 2610 |
| 7/23/2014 | Draft complaint | 4.1 | MSG | 450 | 1845 |
| 7/24/2014 | Draft the complaint, meeting with client | 5.4 | MSG | 450 | 2430 |
| 7/25/2014 | Review of first draft of amended complaint | 0.8 | PR | 125 | 100 |
| 7/28/2014 | Finalized and filed complaint | 1.6 | MSG | 450 | 720 |

| Date | Description | Hours | Atty | Rate | Amount |
|---|---|---|---|---|---|
| 7/30/2014 | Correspondence with client and with NYSHRD and opposing counsel | 0.3 | MSG | 450 | 135 |
| 8/1/2014 | Telephone conference with opposing counsel, communication with court | 0.2 | MSG | 450 | 90 |
| 8/4/2014 | Email correspondence with Joan from NYSDHR regarding dismissal of case | 0.2 | PR | 125 | 25 |
| 8/5/2014 | Email correspondence with MSG, draft and fax and email of letter requesting dismissal of NYS Division of Human Rights case | 0.7 | PR | 125 | 87.5 |
| 8/13/2014 | Telephone conference with opposing counsel, communication with | 0.2 | MSG | 450 | 90 |
| 8/19/2014 | Telephone conference to client, telephone conference with opposing counsels | 0.4 | MSG | 450 | 180 |
| 8/19/2014 | R&R of stipulation regarding extension of time to answer amended complaint, signed and email back to opposing counsel | 0.2 | PR | 125 | 25 |
| 8/20/2014 | Signed new stip and sent to opposing counsel, R&R of motion to transfer, email correspondence with MSG and opposing counsel | 0.5 | PR | 125 | 62.5 |
| 8/22/2014 | Email correspondence with MSG and ATM regarding motion to transfer, R&R of third letter motion to adjourn conference | 0.6 | PR | 125 | 75 |
| 8/26/2014 | Review of motion to transfer, research, drafted opposition | 1.4 | MSG | 450 | 630 |
| 9/2/2014 | Review of motion to transfer, research, drafted opposition | 1.4 | MSG | 450 | 630 |
| 9/3/2014 | Research, drafted opposition to motion to remove case | 2.1 | MSG | 450 | 945 |
| 9/4/2014 | Research motion to change venue, drafted opposition on motion to change venue | 0.7 | MSG | 450 | 315 |
| 9/4/2014 | Emails and meeting with MSG regarding adding parent company to complaint, phone call with client | 0.4 | PR | 125 | 50 |
| 9/5/2014 | Conference with opposing counsel, conference with client re: updates at job, research on motion to dismiss | 1.1 | MSG | 450 | 495 |
| 9/8/2014 | Conference with opposing counsel, conference with client re: updates at job, research on motion to dismiss | 1.1 | MSG | 450 | 495 |
| 9/9/2014 | Review of motion to change venue research, drafted motion | 0.8 | MSG | 450 | 360 |
| 9/11/2014 | Review of court order, conference with client, re: scheduling and complaint drafting | 0.3 | MSG | 450 | 135 |

| Date | Description | Hours | Atty | Rate | Amount |
|---|---|---|---|---|---|
| 9/11/2014 | Drafted and filed opposition to Motion to transfer | 1.4 | MSG | 450 | 630 |
| 9/22/2014 | Review of reply to motion | 0.4 | MSG | 450 | 180 |
| 9/30/2014 | Conference with opposing counsel re: errors in complaint, extension | 0.3 | MSG | 450 | 135 |
| 9/30/2014 | Final revisions and electronically filed amended complaint, emails with MSG and client regarding same, filed order granting leave to file amended complaint, rule 7.1 statement and letter requesting summons | 1.5 | PR | 125 | 187.5 |
| 10/2/2014 | Review of decision, email to client | 0.1 | MSG | 450 | 45 |
| 10/7/2014 | Review of partial motion to dismiss | 0.8 | MSG | 450 | 360 |
| 10/7/2014 | Email correspondence and phone calls with MSG and opposing counsel regarding initial conference, draft and electronic filing of letter requesting adjournment of same | 1 | PR | 125 | 125 |
| 10/13/2014 | Phone calls with opposing counsel and meeting with MSG regarding preliminary conference adjournment | 0.4 | PR | 125 | 50 |
| 10/14/2014 | Phone calls with opposing counsel, MSG and Judge's chambers regarding preliminary conference adjournment | 0.7 | PR | 125 | 87.5 |
| 10/16/2014 | Email correspondence and phone call with Judge and opposing counsel regarding conference to be adjourned | 0.2 | PR | 125 | 25 |
| 10/17/2014 | Phone call with opposing counsel regarding new dates for preliminary conference | 0.2 | PR | 125 | 25 |
| 10/20/2014 | Drafted and electronically filed letter requesting adjournment of PC and R&R of order granting same, phone calls with opposing attorney regarding same | 0.8 | PR | 125 | 100 |
| 10/23/2014 | R&R of motion to dismiss with MOL and Declaration | 0.2 | PR | 125 | 25 |
| 10/26/2014 | Review of partial motion to dismiss | 0.8 | MSG | 450 | 360 |
| 10/28/2014 | Phone call with client and research on e-courts, R&R of order postponing initial conference | 0.2 | PR | 125 | 25 |
| 10/31/2014 | Correspondence with opposing counsel and stip of adjournment re: motion to dismiss | 0.3 | MSG | 450 | 135 |
| 10/31/2014 | Correspondence with opposing counsel and stip of adjournment re: motion to dismiss | 0.3 | MSG | 450 | 135 |
| 10/31/2014 | Draft of letter requesting extension of time to file opposition to motion to dismiss | 0.5 | PR | 125 | 62.5 |
| 11/7/2014 | Review of motion, drafted opposition | 2.3 | MSG | 450 | 1035 |

| Date | Description | Hours | Atty | Rate | Total |
|---|---|---|---|---|---|
| 11/10/2014 | Email correspondence with MSG regarding opposition to motion to dismiss, electronically filed letter to Judge regarding same, Memo of law and declaration in opposition to motion to dismiss | 1.4 | PR | 125 | 175 |
| 12/29/2014 | Reviewed and edited discovery drafts, review of complaint | 1.1 | MSG | 450 | 495 |
| 2/5/2015 | Conference with client | 0.4 | MSG | 450 | 180 |
| 3/5/2015 | Review of decision | 0.5 | MSG | 450 | 225 |
| 5/4/2015 | Reached out to opposing counsel re status | 0.3 | MSG | 450 | 135 |
| 9/9/2015 | Discussion with client, discussion with adversary re: continued retaliation, conference issues, preliminary disclosures | 0.9 | MSG | 450 | 405 |
| 9/10/2015 | Telephone conference with client, retaliation Issues | 0.7 | MSG | 450 | 315 |
| 9/11/2015 | Pre-court appearance; meet an confer with opposing counsel, filled out pre conference schedule, review of pleadings and decision | 1.4 | MSG | 450 | 630 |
| 9/17/2015 | Prepare for and attend court appearance, discussion with adversary | 3.2 | MSG | 450 | 1440 |
| 9/17/2015 | Reviewed and finalized rule 26 initial disclosures | 0.3 | PR | 125 | 37.5 |
| 9/18/2015 | Emails with psych evaluator and email to client regarding scheduling for same, phone call with client regarding same and status of case | 0.3 | PR | 125 | 37.5 |
| 9/28/2015 | Drafted discovery demands, sent check to Dr. Goldstein for psych evaluation with cover letter | 1.8 | PR | 125 | 225 |
| 9/29/2015 | Reached out to opposing counsel re: status | 0.9 | MSG | 450 | 405 |
| 9/30/2015 | Phone calls and emails with client regarding update on previous psych records to send to new evaluator new evaluator | 0.2 | PR | 125 | 25 |
| 11/12/2015 | Prepare for discovery meeting with client | 0.8 | MSG | 450 | 360 |
| 11/13/2015 | Meeting with client, draft discovery, review of documents produced | 4.3 | MSG | 450 | 1935 |
| 11/28/2015 | Emails and phone calls with client and Dr, Goldstein regarding psych evaluation dates | 0.3 | PR | 125 | 37.5 |
| 12/14/2015 | Draft discovery demands | 1.3 | MSG | 450 | 585 |
| 1/12/2016 | supplemented document production and sent to opposing counsel | 0.2 | PR | 125 | 25 |
| 1/14/2016 | Review of and edit to discovery drafts, discussion with CS, communications to client | 1.4 | MSG | 450 | 630 |
| 1/14/2016 | Email to client and meeting with MSG regarding discovery demands | 0.2 | PR | 125 | 25 |

| Date | Description | Hours | Atty | Rate | Amount |
|---|---|---|---|---|---|
| 1/15/2016 | Review of discovery demands with MSG to go out to opposing counsel | 0.8 | PR | 125 | 100 |
| 1/25/2016 | Review of letter re: discovery deficiencies, review of discovery | 0.3 | MSG | 450 | 135 |
| 2/2/2016 | Conference with opposing counsel re: discovery issues | 0.6 | MSG | 450 | 270 |
| 2/15/2016 | Meeting with client, discovery | 1.4 | MSG | 450 | 630 |
| 2/19/2016 | Draft letter concerning on-going retaliation | 1.3 | MSG | 450 | 585 |
| 2/23/2016 | Research | 0.8 | MSG | 450 | 360 |
| 2/25/2016 | Research on use of N word | 1.3 | MSG | 450 | 585 |
| 2/28/2016 | Drafted letter to opposing counsel re: continued retaliation | 0.8 | MSG | 450 | 360 |
| 3/7/2016 | Prepare for and attend court appearance | 3.2 | MSG | 450 | 1440 |
| 3/7/2016 | Discussion with client | 0.4 | MSG | 450 | 180 |
| 3/8/2016 | Discussion with client, strategy on depositions | 1.4 | MSG | 450 | 630 |
| 3/21/2016 | Review complaint and file in preparation for deposition on March 30 | 1.5 | GV | 350 | 525 |
| 3/25/2016 | Prep client for deposition | 3 | MSG | 450 | 1350 |
| 3/29/2016 | Review file in preparation for Plaintiff's deposition | 2 | GV | 350 | 700 |
| 3/29/2016 | Draft deficiency letter | 2 | GV | 350 | 700 |
| 3/30/2016 | Attend Plaintiff's deposition | 8 | GV | 350 | 2800 |
| 3/31/2016 | Review of and edits of Deficiency letter | 0.6 | MSG | 450 | 270 |
| 3/31/2016 | Attend deposition of Plaintiff, follow up with Client | 10.3 | MSG | 450 | 4635 |
| 4/2/2016 | Email to client | 0.1 | GV | 350 | 35 |
| 4/4/2016 | Research and draft Response to Defendants' Deficiency letter | 2 | GV | 350 | 700 |
| 4/4/2016 | Phone call with client | 0.25 | GV | 350 | 87.5 |
| 4/4/2016 | Review and revise draft of response to deficiency Letter before sending to opposing counsel | 0.5 | MSG | 450 | 225 |
| 4/5/2016 | Conference with MSG re: Defendant deposition | 0.6 | GV | 350 | 210 |
| 4/5/2016 | Discuss scheduling issues with opposing counsel, prepared fro Jandovitz deposition | 1.5 | MSG | 450 | 675 |
| 4/5/2016 | Discuss Scheduling issues with opposing counsel, prepared fro Jandovitz deposition | 1.5 | MSG | 450 | 675 |
| 4/5/2016 | Conference with GMV re: Jandovitz deposition | 0.6 | MSG | 450 | 270 |
| 4/7/2016 | Prepare for and attend deficiency conference | 0.8 | MSG | 450 | 360 |
| 4/9/2016 | Communication with adversary re: joint letter to judge, scheduling issues, review of documents receive | 1.1 | MSG | 450 | 495 |
| 4/13/2016 | Discussion with client re: IME | 0.4 | MSG | 450 | 180 |
| 4/14/2016 | Review of letter to court, draft letter to court | 0.6 | MSG | 450 | 270 |

| Date | Description | Hours | Atty | Rate | Total |
|---|---|---|---|---|---|
| 4/19/2016 | Phone call with client re: upcoming depositions | 0.3 | GV | 350 | 105 |
| 5/3/2016 | Conference with Megan about discovery schedule and order from judge | 1 | GV | 350 | 350 |
| 5/3/2016 | Conference with GV re: discovery | 1 | MSG | 450 | 450 |
| 5/5/2016 | Review Defendants' supplemental production | 2 | MSG | 450 | 900 |
| 5/6/2016 | Review Defendants' supplemental production; Index supplement document production; Draft follow up deficiency letter; Research | 3.2 | GV | 350 | 1120 |
| 5/6/2016 | Email corr with opp counsel | 0.2 | MSG | 450 | 90 |
| 5/9/2016 | Draft Second Draft of Deficiency letter | 1 | GV | 350 | 350 |
| 5/9/2016 | Communication with adversary re: joint letter to judge, scheduling issues, review of documents receive | 1.1 | MSG | 450 | 495 |
| 5/9/2016 | Review second deficiency notice | 0.3 | MSG | 450 | 135 |
| 5/10/2016 | Email corr with opp counsel; Review second set of supplemental document production by defendants | 1 | GV | 350 | 350 |
| 5/10/2016 | Prepared for Torche deposition, review of additional production, correspondence with adversary and client | 2.4 | MSG | 450 | 1080 |
| 5/11/2016 | Review of all documents produced, organized documents, prepared for Debbie Troche deposition | 3.7 | MSG | 450 | 1665 |
| 5/16/2016 | Review of document production in preparation for depositions | 2.4 | MSG | 450 | 1080 |
| 5/17/2016 | Meeting with client to go over supplemental document production; Draft letter to court requesting pre-motion conference | 3 | GV | 350 | 1050 |
| 5/17/2016 | Email corr with opposing counsel | 0.2 | MSG | 450 | 90 |
| 5/18/2016 | Meeting with client, further review of latest interview documents | 1.3 | MSG | 450 | 585 |
| 5/25/2016 | Prepared for and attended the deposition of Juan Vizcaino, follow up with client, review of OT records pertaining to witness testimony, discussion with expert witness and opposing counsel, re: deposition payment | 6.4 | MSG | 450 | 2880 |
| 5/26/2016 | Review of transcript received | 1.4 | MSG | 450 | 630 |
| 5/27/2016 | Conference call with Judge and opposing counsel re: motion to compel | 0.5 | GV | 350 | 175 |
| 5/27/2016 | Prepared for and attended conference with Court re: discovery issues | 1.4 | MSG | 450 | 630 |
| 5/31/2016 | Prepared for deposition of Dr. Goldstein, review of report, and Cv | 0.8 | MSG | 450 | 360 |

| Date | Description | Hours | Atty | Rate | Total |
|---|---|---|---|---|---|
| 6/1/2016 | Prepared for and attended the deposition of Dr. Robert Goldstein | 6.6 | MSG | 450 | 2970 |
| 6/1/2016 | Notes to file re: trial issue | 0.9 | MSG | 450 | 405 |
| 6/6/2016 | Draft Notice of Motion for Motion to Compel discovery | 0.25 | GV | 350 | 87.5 |
| 6/7/2016 | Research for Motion to Compel- additional case law on compelling personnel files and standard for motion to compel | 1.25 | GV | 350 | 437.5 |
| 6/7/2016 | Draft attorney declaration for motion to compel | 1 | GV | 350 | 350 |
| 6/8/2016 | Work on first draft of Motion to Compel memo of law | 1.5 | GV | 350 | 525 |
| 6/8/2016 | Phone conference with client | 0.5 | GV | 350 | 175 |
| 6/9/2016 | Draft and finalize memo of law for motion to compel | 4 | GV | 350 | 1400 |
| 6/9/2016 | Review; Draft and Edit Motion to Compel | 1.3 | MSG | 450 | 585 |
| 6/10/2016 | Review of confidentiality stipulation | 0.4 | MSG | 450 | 180 |
| 6/13/2016 | Prepare for deposition of Bob Jandovotz | 1.6 | MSG | 450 | 720 |
| 6/14/2016 | Back and forth with Adversaries on whether deposition will go forward or not given discovery motion, research, draft letter to Court | 1.7 | MSG | 450 | 765 |
| 6/21/2016 | Draft letter to court, communication with adversary | 0.3 | MSG | 450 | 135 |
| 6/23/2016 | Review defendants' opposition papers to motion to compel | 0.6 | GV | 350 | 210 |
| 6/24/2016 | Review of Opposition to Motion to Compel | 0.9 | MSG | 450 | 405 |
| 6/25/2016 | Email corr with opp counsel | 0.1 | MSG | 450 | 45 |
| 6/27/2016 | Draft reply memo for motion to compel | 3 | GV | 350 | 1050 |
| 6/27/2016 | Review and Edit of Draft Reply | 0.4 | MSG | 450 | 180 |
| 7/8/2016 | Phone call with client | 0.25 | GV | 350 | 87.5 |
| 7/11/2016 | Discovery Issues | 0.7 | MSG | 450 | 315 |
| 7/15/2016 | Email with Client | 0.1 | GV | 350 | 35 |
| 7/26/2016 | Email correspondence with opposing counsel re: Defendants' privilege log. | 0.1 | GV | 350 | 35 |
| 7/26/2016 | Review of privilege log | 0.3 | MSG | 450 | 135 |
| 7/28/2016 | Email corr with opposing counsel | 0.1 | MSG | 450 | 45 |
| 8/1/2016 | Review of transcript, preparation of depositions, strategy discussion | 1.4 | MSG | 450 | 630 |
| 8/3/2016 | Review decision and order on motion to compe; Email corr with client | 0.6 | GV | 350 | 210 |
| 8/3/2016 | Email corr with opposing counsel | 0.1 | MSG | 450 | 45 |
| 8/4/2016 | Draft application for attorneys' fees stemming from Motion to Compel | 4 | GV | 350 | 1400 |
| 8/4/2016 | Draft Goddard declaration for motion for attorneys fees | 3 | GV | 350 | 1050 |

| Date | Description | Hours | Atty | Rate | Total |
|---|---|---|---|---|---|
| 8/4/2016 | Review personnel files produced by Defendant and discussions with client re: same | 2 | MSG | 450 | 900 |
| 8/5/2016 | Finalize memo and motion papers for motion for attorneys fees | 3 | GV | 350 | 1050 |
| 8/5/2016 | Draft complaint, discussions with client, review of first right to sue letter and discussion with EEOC | 1.6 | MSG | 450 | 720 |
| 8/5/2016 | Draft complaint, discussions with client; review of first right to sue letter and discussion with EEOC | 1.6 | MSG | 450 | 720 |
| 8/10/2016 | Email corr with opp counsel | 0.1 | MSG | 450 | 45 |
| 8/11/2016 | Review Defendants' opposition papers to motion for attorneys' fees | 1.5 | GV | 350 | 525 |
| 8/12/2016 | Phone call with client | 0.2 | GV | 350 | 70 |
| 8/12/2016 | Draft letter to court re: courtesy copy of motion papers for motion for attorneys' fees | 0.1 | GV | 350 | 35 |
| 8/12/2016 | Conference with client, prepped for Jandovitz deposition | 2.2 | MSG | 450 | 990 |
| 8/15/2016 | Prepared for Jandovitz Deposition, review of discovery, review of complaint | 2.7 | MSG | 450 | 1215 |
| 8/15/2016 | Email corr with opp counsel | 0.1 | MSG | 450 | 45 |
| 8/16/2016 | In person conference to prep for deposition of Bob Jandovitz | 1 | GV | 350 | 350 |
| 8/16/2016 | Review document production and pull relevant documents for deposition of Bob Jandovitz | 2 | GV | 350 | 700 |
| 8/16/2016 | Prepared for the deposition of Roberty Jandovitz | 6.8 | MSG | 450 | 3060 |
| 8/17/2016 | Review depo transcript of Juan Vizcaino and draft post EBT discovery demands | 1.5 | GV | 350 | 525 |
| 8/17/2016 | Prepared for and deposed Robert Jandovitz | 10.2 | MSG | 450 | 4590 |
| 8/18/2016 | Notes to file re: deposition, main points of case | 1.3 | MSG | 450 | 585 |
| 8/18/2016 | Review Vizcaino post EBT demands | 0.3 | MSG | 450 | 135 |
| 8/19/2016 | Review and revise EBT Notice for Adolph McBean | 0.25 | GV | 350 | 87.5 |
| 8/19/2016 | Email corr with opp counsel re: trading deposition transcripts | 0.1 | GV | 350 | 35 |
| 8/22/2016 | Phone call with client | 0.2 | GV | 350 | 70 |
| 8/23/2016 | Draft letter requesting extension of discovery to court; Strategy Discussion Re: Depositions | 0.8 | GV | 350 | 280 |
| 8/23/2016 | Review of document production, discussion with GV re: necessity of Adolph McBean and Nicole Copeland depositions, letter to court requesting same, email to adversaries, review of disco dry letter | 0.4 | MSG | 450 | 180 |

| Date | Description | Hours | Atty | Rate | Total |
|---|---|---|---|---|---|
| 8/24/2016 | Email correspondence with opp counsel re: extending discovery deadline | 0.1 | GV | 350 | 35 |
| 8/24/2016 | Revise letter to court asking for extension of time to complete discovery | 0.5 | GV | 350 | 175 |
| 8/24/2016 | Read through and take notes on depo transcript of Robert Jandovitz | 4 | GV | 350 | 1400 |
| 8/24/2016 | Draft letter to opp re: Post-EBT demands from Jandovitz deposition | 0.6 | GV | 350 | 210 |
| 8/24/2016 | Review of and edits to draft letters prepared by GV, re: outstanding discovery, discussion with GV | 0.4 | MSG | 450 | 180 |
| 8/25/2016 | Finalize letter to opp memorializing post ebt demands from Jandovitz deposition | 0.3 | GV | 350 | 105 |
| 8/25/2016 | Phone call with Judge Fox's clerk re: letter requesting discovery extension | 0.2 | GV | 350 | 70 |
| 8/25/2016 | Email corr with Judge Crotty's courtroom deputy and opposing counsel re: application for discovery extension | 0.2 | GV | 350 | 70 |
| 8/25/2016 | Review defendants' letter in opposition to our application to extend discovery | 0.3 | GV | 350 | 105 |
| 8/25/2016 | Email corr with opp counsel | 0.1 | MSG | 450 | 45 |
| 8/26/2016 | Review Order from Judge Crotty on application to extend discovery | 0.1 | GV | 350 | 35 |
| 8/26/2016 | Settlement discussion with opposing counsel | 0.8 | MSG | 450 | 360 |
| 8/30/2016 | Conference with MSG re: Troche deposition | 0.25 | GV | 350 | 87.5 |
| 8/30/2016 | Prepared for deposition, review of all transcripts, worked on overall case strategy (inconsistencies along the way by Defendants | 6.5 | MSG | 450 | 2925 |
| 8/31/2016 | Prepared for and took deposition of Devotah Troche, follow up with client, review of Jandovitz deposition after Troche deposition for inconsistencies | 10.7 | MSG | 450 | 4815 |
| 9/13/2016 | Email corr with opp counsel | 0.3 | MSG | 450 | 135 |
| 9/14/2016 | Review correspondence from opp counsel re: response to post EBT demands after J. Vizcaino's depositions; Discuss with MSG | 0.4 | GV | 350 | 140 |
| 9/28/2016 | Review Defendants' supplemental production | 0.6 | GV | 350 | 210 |
| 9/28/2016 | Review Defendants' supplements doc production | 0.4 | MSG | 450 | 180 |
| 9/28/2016 | Email corr with opp counsel | 0.1 | MSG | 450 | 45 |
| 9/29/2016 | Conference with MSG re: McBean deposition and issue/document spot for McBean deposition | 1 | GV | 350 | 350 |

| Date | Description | Hours | Atty | Rate | Total |
|---|---|---|---|---|---|
| 9/30/2016 | Prepared and took deposition of Adolph McBean | 9.7 | MSG | 450 | 4365 |
| 10/3/2016 | Review of discovery issue | 0.4 | MSG | 450 | 180 |
| 10/11/2016 | Meeting with client | 1 | GV | 350 | 350 |
| 10/17/2016 | Developed spreadsheet re: OT HOURS | 0.6 | MSG | 450 | 270 |
| 10/17/2016 | Meeting with client | 1.4 | MSG | 450 | 630 |
| 10/31/2016 | Review Defendants' 56.1 Summary Judgment Statement | 2.5 | GV | 350 | 875 |
| 10/31/2016 | Phone call with client | 0.2 | GV | 350 | 70 |
| 11/1/2016 | Review Defendants' summary judge Memo of Law and supporting affidavits | 3 | GV | 350 | 1050 |
| 11/1/2016 | Prepare 3 working copies of Defendants' Motion for SJ; Letter to client re: enclosure of same | 1 | PR | 125 | 125 |
| 11/9/2016 | Finalize and efile letter to the court | 0.4 | PR | 125 | 50 |
| 11/10/2016 | Outline issues in Defendants' motion for summary judgment and applicable responses thereto | 2 | GV | 350 | 700 |
| 11/11/2016 | Research for opp to MSJ | 2.5 | GV | 350 | 875 |
| 11/18/2016 | Email corr with client | 0.1 | GV | 350 | 35 |
| 11/18/2016 | Review of SJ motion | 1.6 | MSG | 450 | 720 |
| 11/21/2016 | Phone conference with client to go over Defendants' Rule 56.1 Statement of Facts submitted with Defendants' motion for summary judgment | 1.75 | GV | 350 | 612.5 |
| 11/22/2016 | Review client's handwritten notes and diary/calendar entries in prep for opp to motion for summary judgment and 56.1 counter-statement of facts | 3 | GV | 350 | 1050 |
| 11/22/2016 | Phone call with client re: submission of new grievance for not offering her OT during | 0.25 | GV | 350 | 87.5 |
| 11/25/2016 | Review and revise Affidavit of Fred Gaffney submitted in opposition to Defendants' Motion for Summary Judgment | 1 | GV | 350 | 350 |
| 11/26/2016 | Review of all deposition transcripts, EEOc submissions, and Internal investigation notes | 7.2 | MSG | 450 | 3240 |
| 11/27/2016 | Witness interviews, drafted witness affidavits, arranged for couriers, etc | 13.2 | MSG | 450 | 5940 |
| 11/28/2016 | Continue drafting skeleton outline of memo of law in opposition to Defendants' motion for summary judgment | 3.5 | GV | 350 | 1225 |
| 11/28/2016 | Review and revise Affidavit of Fred Gaffney submitted in opposition to Defendants Motion for Summary Judgment | 1 | GV | 350 | 350 |

| Date | Description | Hours | Atty | Rate | Amount |
|---|---|---|---|---|---|
| 11/29/2016 | Continue drafting memo of law in opposition to Defendantsmotion for summary judgment | 8 | GV | 350 | 2800 |
| 11/29/2016 | Complete first draft of memo of law in opposition to motion for summary judgment | 7 | GV | 350 | 2450 |
| 11/29/2016 | Drafted sj motion opposition | 12.4 | MSG | 450 | 5580 |
| 11/29/2016 | Edit MSGs Declaration in Opposition to Defendants Motion for SJ and add list of exhibits | 0.8 | PR | 125 | 100 |
| 11/30/2016 | Finalize memo of law in opposition to motion for summary judgment and review all exhibits and rule 56.1 statement of facts before filing | 4 | GV | 350 | 1400 |
| 11/30/2016 | Drafted SJ rule 56.1 statement, assembled exhibits, reviewed client Affidavit | 9.2 | MSG | 450 | 4140 |
| 11/30/2016 | Prepare Exhibits for Opposition to Defendants SJ Motion; Edit Exhibits for Opposition to Defendant's SJ Motion; Edit MSGs Declaration; Review and Edit Rule 56 Counter-Statement | 4.9 | PR | 125 | 612.5 |
| 12/1/2016 | Finalize memo of law in opposition to motion for summary judgment and review all exhibits and rule 56.1 statement of facts before filing | 4 | GV | 350 | 1400 |
| 12/1/2016 | Edit Exhibits; Edit and finalize Rule 26 Counter-Statement; Edit and finalize MSG Declaration; Finalize all exhibits and split for efiling purposes; Efile all documents for Opp to SJ Motion | 3.1 | PR | 125 | 387.5 |
| 12/8/2016 | Solving incorrect affidavit problem, multiple discussions with Allison | 1.4 | MSG | 450 | 630 |
| 12/22/2016 | Return client's phone call - left voicemail | 0.1 | MSG | 450 | 45 |
| 12/22/2016 | Read and review DefendantsMotion for Summary Judgment Reply papers | 2 | MSG | 450 | 900 |
| 12/27/2016 | Put together Opposition papers to send copy to Judge; Call to Court Re: Judge s information | 1.4 | PR | 125 | 175 |
| 12/28/2016 | Phone call with client re: new grievance against union | 0.2 | GV | 350 | 70 |
| 5/5/2017 | Read and review Judge Foxs report and recommendation on Defendantsmotion for summary judgment | 0.5 | GV | 350 | 175 |
| 5/5/2017 | Read and review Report and Recommendation; Discussions with client | 0.7 | MSG | 450 | 315 |
| 5/8/2017 | Email correspondence with client re: forwarding Judge Foxs report and recommendation | 0.1 | GV | 350 | 35 |
| 5/18/2017 | Email corr with opp counsel | 0.1 | MSG | 450 | 45 |

| Date | Description | Hours | Atty | Rate | Total |
|---|---|---|---|---|---|
| 5/18/2017 | Prepared for and had phone call with opposing counsel | 0.8 | MSG | 450 | 360 |
| 5/31/2017 | Read and analyze Defendantsobjections to MSJ report and recommendations | 0.6 | GV | 350 | 210 |
| 6/8/2017 | Draft Response to Defendantsobjections to MSJ Report and Recommendation | 3 | GV | 350 | 1050 |
| 6/9/2017 | Finalize response to Defendantsobjections to MSJ Report and Recommendation | 2.5 | GV | 350 | 875 |
| 6/9/2017 | Review response to Defendants' objections to MSJ Report and Recommendation | 1 | MSG | 450 | 450 |
| 6/13/2017 | Return clients call- left voicemail giving case update | 0.1 | GV | 350 | 35 |
| 9/15/2017 | Phone call with client re: ongoing harassment | 0.2 | GV | 350 | 70 |
| 9/18/2017 | Phone call with client re: ongoing issues and updated requests for discovery | 0.1 | GV | 350 | 35 |
| 9/19/2017 | Read and review Opinion and Order partially adopting report and recommendation | 0.75 | GV | 350 | 262.5 |
| 9/19/2017 | Email corr with opp counsel | 0.1 | MSG | 450 | 45 |
| 10/11/2017 | In-office meeting with client; type up notes for proposed eeoc charge for retaliation | 3.6 | GV | 350 | 1260 |
| 11/27/2017 | Prepared for trial strategy meeting, review of decisions and SJ motion | 2.6 | MSG | 450 | 1170 |
| 11/28/2017 | Trial meeting with MSG and NC | 4 | GV | 350 | 1400 |
| 11/28/2017 | Email correspondence with opposing counsel | 0.1 | GV | 350 | 35 |
| 11/28/2017 | Trial meeting with MSG and NC | 3 | GV | 350 | 1050 |
| 11/28/2017 | Attended trial meeting, communications with clients and witnesses | 4 | MSG | 450 | 1800 |
| 12/7/2017 | Search RMC record for all Fred Gaffney and Fred Panniccia references | 5 | GV | 350 | 1750 |
| 12/8/2017 | Email corr with opposing counsel | 0.1 | GV | 350 | 35 |
| 12/8/2017 | Search CL record for all references to Fred Gaffney and Fred Panniccia | 6 | GV | 350 | 2100 |
| 12/28/2017 | Begin first draft of proposed joint pre-trial order | 4 | GV | 350 | 1400 |
| 1/3/2018 | Review Defendant's pre-trial motion in limine | 0.7 | GV | 350 | 245 |
| 1/4/2018 | Email corr with client | 0.1 | GV | 350 | 35 |
| 1/5/2018 | Email corr with opp counsel | 0.1 | MSG | 450 | 45 |
| 1/5/2018 | Review defendant's motion in limine; Review docket, orders and judge's rule re: upcoming pre-trial and trial deadlines and calendar same | 0.8 | PR | 125 | 100 |
| 1/10/2018 | Review Court docket, orders and Judge's Rules re: pre-trial submissions | 0.4 | PR | 125 | 50 |
| 1/16/2018 | Legal research on Eggshell plaintiff in response to Motion in Limine. Review of correspondence with Adversary and review of judge's order | 3.2 | MSG | 450 | 1440 |

| Date | Description | Hours | Atty | Rate | Amount |
|---|---|---|---|---|---|
| 1/19/2018 | E-mails with opposing counsel re: deposition transcript of Dr. Goldstein; Receipt of deposition transcript from Dr. Goldstein | 0.8 | PR | 125 | 100 |
| 1/31/2018 | Email correspondence with client | 0.1 | GV | 350 | 35 |
| 1/31/2018 | Review all discovery and finalize exhibit list for JPTO | 4 | GV | 350 | 1400 |
| 1/31/2018 | Emails with opposing counsel and trial team | 0.2 | GV | 350 | 70 |
| 1/31/2018 | Research serving subpoena on out of state witness to testify in state | 0.5 | GV | 350 | 175 |
| 1/31/2018 | Review and take notes/make citation chart on transcript of Dr. Goldstein | 3 | MSG | 450 | 1350 |
| 2/1/2018 | Conference call with MSG and trial counsel NC | 2.5 | GV | 350 | 875 |
| 2/1/2018 | Review proposed jury instructions | 1.2 | GV | 350 | 420 |
| 2/2/2018 | Conference call with MSG and NC | 0.5 | GV | 350 | 175 |
| 2/2/2018 | Conference call with GV and NC | 0.5 | MSG | 450 | 225 |
| 2/5/2018 | Email correspondence with opposing counsel re: trial subpoenas and finalizing pre-trial submissions | 0.3 | GV | 350 | 105 |
| 2/5/2018 | Finalize and file Plaintiffs proposed voir dire questions | 0.4 | GV | 350 | 140 |
| 2/5/2018 | File Plaintiffs proposed verdict sheet, joint pre-trial order, and joint proposed jury instructions | 0.2 | GV | 350 | 70 |
| 2/5/2018 | Draft trial subpoena for Clark Simpson | 0.2 | GV | 350 | 70 |
| 2/5/2018 | Email correspondence with opposing counsel | 0.1 | GV | 350 | 35 |
| 2/5/2018 | TC with client, review of all exhibits, review of latest changes to JPTO, drafted voir dire. Discussion with client about various witnesses, discussion re: witness order. Research on Stacy Hall issue. Research on service of Jandovitz, Clark, Gaffney and Fred P. Review of "issues to be tried" Section of JTPO and research.  Outlined Jandovitz cross examination | 9.4 | MSG | 450 | 4230 |
| 2/5/2018 | Review file, compile documents, pleadings, discovery necessary for pre-trial submissions; Draft subpoenas and notices of intent | 2 | PR | 125 | 250 |
| 2/6/2018 | Prep for final pre-trial conference | 0.7 | GV | 350 | 245 |
| 2/6/2018 | Draft and send for service subpoenas for Robert Jandovitz and Debbie Lafaro | 0.5 | GV | 350 | 175 |
| 2/6/2018 | Review of JPTO, review of all subpoenas, review of Motion in limine, review of problem areas for pretrial conference, review of Summary judgment motion and decision and impact on | 3.4 | MSG | 450 | 1530 |
| 2/6/2018 | Compile Trial Exhibits | 3 | PR | 125 | 375 |

| Date | Description | Hours | Atty | Rate | Total |
|---|---|---|---|---|---|
| 2/7/2018 | Appearance at pre-trial conference | 1.2 | GV | 350 | 420 |
| 2/7/2018 | Create trial binders of Plaintiff's exhibits | 3 | GV | 350 | 1050 |
| 2/7/2018 | Email correspondence with opposing counsel | 0.1 | GV | 350 | 35 |
| 2/7/2018 | Attend court- pre-trial conference | 1.2 | MSG | 450 | 540 |
| 2/8/2018 | Discussions and email corr with client, research and search on potential witnesses for trial to subpoena | 1.2 | MSG | 450 | 540 |
| 2/9/2018 | Amend Joint pre-trial order and file | 0.3 | GV | 350 | 105 |
| 2/10/2018 | Prepared for trial, prepared for cross of Jandovitz | 7.4 | MSG | 450 | 3330 |
| 2/11/2018 | Prepared for trial, cross of Jandovitz, review of all Jandovitz possible exhibits and impeachment documents | 8.8 | MSG | 450 | 3960 |
| 2/12/2018 | Review of order granting leave to file document | 0.2 | MSG | 450 | 90 |
| 2/13/2018 | Review exhibits and Fred Pannicia affidavit to begin putting together direct examination outline | 1 | GV | 350 | 350 |
| 2/14/2018 | Discussions with client re: witnesses and subpoenaing witnesses | 0.3 | MSG | 450 | 135 |
| 2/14/2018 | Email corr with opposing counsel | 0.1 | MSG | 450 | 45 |
| 2/14/2018 | Review e-mails between all counsel re: upcoming trial; Prepare Subpoenas for following parties to appear and testify; at trial Clark Simpson, Fred Paniccia, Robert Jandovitz, Debra LaFaro , Dr. Alfonso, Adolph McBean ,Juan Vizcaino; E-mails to and from Rustin (process server) re: completion of service of all subpoenas; Communicate with Montifiore Hospital re: subpoena on Dr Alfsonso; Multiple phone calls with client re: to documents needed for upcoming trial; Review Joint Pre-Trial order and print out and tab 44 exhibits for plaintiff and 30 exhibits for defendants in preparation for trial; Print and bind Dr. Goldstein's transcript, prepare letter and send to him re: preparation to testify at trial; Prepare letterto judge and proposed order to allow courtroom connect to set-up in courtroom for trial and e-file same; Prepare letter to judge and e-file same requesting trial attorneys access to allow electronics in the courtroom; Communicate with Jeff Gibs (Courtroom Connect) to set up- internet in Court room | 6 | PR | 125 | 750 |
| 2/19/2018 | Trial prep | 4 | GV | 350 | 1400 |
| 2/21/2018 | Email correspondence with court | 0.1 | GV | 350 | 35 |

| Date | Description | Hours | Atty | Rate | Amount |
|---|---|---|---|---|---|
| 2/21/2018 | Email correspondence with expert witness Dr. Robert Goldstein | 0.1 | GV | 350 | 35 |
| 2/21/2018 | Review deposition transcript of Juan Vizccaino and compare to investigation notes to determine whether to call witness at trial | 2 | GV | 350 | 700 |
| 2/21/2018 | Review and execute letter requesting court connect during trial | 0.1 | GV | 350 | 35 |
| 2/21/2018 | Review and revise opening statement | 0.5 | GV | 350 | 175 |
| 2/22/2018 | Finish revising and commenting on draft opening | 1.2 | GV | 350 | 420 |
| 2/23/2018 | Meeting with witness Fred Paniccia to prep for trial | 4 | GV | 350 | 1400 |
| 2/23/2018 | Review Adolph McBean deposition and begin preparing cross examination outline | 3 | GV | 350 | 1050 |
| 2/24/2018 | Trial prep - prepare all binders for court and counsel for use at trial, continue reviewing and preparing cross examination of Adolph McBean, review exhibits to be used for McBean cross examination | 9 | GV | 350 | 3150 |
| 2/24/2018 | Trial prep- discussions with witness Clark Simpson, draft outline of Simpson direct examination, phone prep with witness Simpson | 12 | MSG | 450 | 5400 |
| 2/24/2018 | Review Plaintiff direct examination outline, discussions with client, discussions with witness Gaffney | 1.2 | MSG | 450 | 540 |
| 2/25/2018 | Trial prep- finish outline for Fred Pannicia direct examination and phone prep with witness, phone prep with witness Clark Simpson, meeting with MSG and trial counsel | 8 | GV | 350 | 2800 |
| 2/25/2018 | Trial prep- discussion with GMV regarding Pannicia testimony, phone prep with witness Clark Simpson, meeting with GMV and trial counsel, help prep client and witness Gaffney, review opening statement | 10 | MSG | 450 | 4500 |
| 2/26/2018 | Trial | 8 | GV | 350 | 2800 |
| 2/26/2018 | Attend court - Trial | 8 | MSG | 450 | 3600 |
| 2/26/2018 | Prep for trial - prepare cross examination outline for Bob Jandovitz, review and revise cross examination outline for Adolph McBean, Review and revise outline for Troche cross | 5 | MSG | 450 | 2250 |
| 2/27/2018 | Trial | 8 | GV | 350 | 2800 |
| 2/27/2018 | Attend court- Trial | 8 | MSG | 450 | 3600 |

| Date | Description | Hours | Atty | Rate | Total |
|---|---|---|---|---|---|
| 2/27/2018 | Trial prep: Revise cross-examination outline for McBean continued examination; finalize cross examination outline of Debbie Troche; finalize cross examination outline of Bob Jandovitz | 6 | MSG | 450 | 2700 |
| 2/27/2018 | Telephone call with Delta airlines re: flight of witness, Fred Gaffney; Create binders of transcripts for Trial | 3 | PR | 125 | 375 |
| 2/28/2018 | Trial | 8 | GV | 350 | 2800 |
| 2/28/2018 | Trial prep- Review proposed jury instruction for possible objections or comments, note all exhibits and prepare copy for jury during deliberations | 2.5 | GV | 350 | 875 |
| 2/28/2018 | Attend court- Trial | 8 | MSG | 450 | 3600 |
| 2/28/2018 | Trial prep: Review record and exhibits for possible use in Tyrone Smith cross examination, discussions with client re: status of trial and possible testimony from Tyrone Smith, Review and comment on summation, review proposed jury charge for comments/proposed revisions or objections | 7 | MSG | 450 | 3150 |
| 3/1/2018 | Trial | 8 | GV | 350 | 2800 |
| 3/1/2018 | Attend court - Trial | 8 | MSG | 450 | 3600 |
| 3/2/2018 | Trial | 8 | GV | 350 | 2800 |
| 3/2/2018 | Attend court - Trial | 8 | MSG | 450 | 3600 |
| 3/2/2018 | Review e-mails from the Court re: to trial proceedings; jury charge and verdict; Review Jury Charge; Review Verdict; Preparation of memorandum to file re: same | 0.3 | PR | 125 | 37.5 |
| 3/13/2018 | Review e-mails from the Court re trial proceedings (11 e-mails) | 0.3 | PR | 125 | 37.5 |
| 3/20/2018 | Review trial transcripts for testimony regarding Plaintiffs emotional damages for opposition to Defendants' post-trial motion | 3 | GV | 350 | 1050 |
| 3/22/2018 | Review trial transcripts for testimony regarding Plaintiffs emotional damages for opposition to Defendants' post-trial motion | 2 | GV | 350 | 700 |
| 4/6/2018 | Review and comment on draft of opposition to post-trial motion | 1.5 | GV | 350 | 525 |
| 4/6/2018 | Email corr regarding opposition to post-trial motion | 0.1 | GV | 350 | 35 |
| 4/6/2018 | Review and comment on draft of opposition to post-trial motion | 0.5 | GV | 350 | 175 |
| 4/6/2018 | Review and comment on opposition to Defendant's post-trial motion | 0.7 | MSG | 450 | 315 |

| | | | | | |
|---|---|---|---|---|---|
| 4/7/2018 | Strategy discussion with NC and research for remittance motion. Edited the motion, searched for additional citations | 4.8 | MSG | 450 | 2160 |
| | | | TOTAL | | 271255 |

Case 1:14-cv-00079-PAC-KNF  Document 199-1  Filed 07/27/18  Page 17 of 17